**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Honorable Judge Frank L. Kurtz
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | No.: 10-04713-FLK7 |
|---|---|
| Julie E. Gabriel | ORDER GRANTING RELIEF FROM STAY |
| Debtor. | To U.S. Bank, N.A. |

This matter came before the Court upon U.S. Bank, N.A.'s motion for relief from stay. No objection was filed with the court within the time allowed. It appears for the reasons stated in the motion that the stay should be lifted as to the property located at 1205 Brown Street, Prosser, Washington 99350 and legally described as set forth Deed of Trust already on file.

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362 (d), the automatic stay is terminated as to U.S. Bank, N.A., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the above-described property and/or as to enforcement of the deed of trust that is the subject of U.S. Bank, N.A.'s motion.

IT IS FURTHER ORDERED that this order shall be effective immediately, notwithstanding the provisions of F.R.B.P. 4001(a)(3) and shall continue in effect, absent further order of this court, notwithstanding conversion of the present case to a case under any other chapter.

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/Melissa Williams Romeo
Melissa Williams Romeo, WSBA# 4064
Attorneys for Creditor

_/s/ Frank L. Kurtz_
Frank L. Kurtz
Bankruptcy Judge

11/08/2010 15:54:57

Order Granting Relief from Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

10-04713-FLK7    Doc 18    Filed 11/08/10    Entered 11/09/10 11:09:39    Pg 1 of 1